UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                Criminal No. 12-cr-11-(1-10)JL

Bellavance et al

O R D E R

The assented to motion to reschedule jury trial (document no. 73) filed by defendant Charles Sargent is granted; Final Pretrial is rescheduled to October 26, 2012 at 3:00 p.m.; Trial is continued as to all defendants to the two-week period beginning November 6, 2012, 9:30 a.m.

Defendant Sargent shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: April 11, 2012

cc: Donald A. Kennedy, Esq.
    Richard F. Monteith, Jr., Esq.
    John T. Pendleton, Esq.
    George H. Ostler, Esq.
    William E. Christie, Esq.
    Bjorn R. Lange, Esq.

```
Richard H. Hubbard, Esq.
Kevin E. Sharkey, Esq.
Jeanine M. Kilgallen, Esq.
Steven M. Gordon, Esq.
Jennifer C. Davis, AUSA
U.S. Marshal
U.S. Probation
```